IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOENELLIE MARTINEZ,

    Plaintiff,

v.

DAVID MAHONEY,

    Defendant.

JUDGMENT IN A CIVIL CASE

18-cv-246-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice.

/s/                          10/12/2018

Peter Oppeneer, Clerk of Court        Date